Kenneth SMITH, Plaintiff/Respondent,

v.

Dan MURPHY d/b/a Bill and Dan's Transmission, Defendant/Appellant.

No. 68694.

Missouri Court of Appeals,
Eastern District,
Division Five.

May 14, 1996.

Isadore Scher, St. Louis, for appellant.

Larry A. Bagsby, St. Charles, for respondent.

Before CRANE, C.J., AHRENS, J. and HAROLD L. LOWENSTEIN, Special Judge.

### ORDER

PER CURIAM.

The defendant, a repairman, appeals from a judgment in a court-tried action where the respondent alleged damages to his car, and the loss of use of his car caused by the defendant.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

STATE of Missouri, Plaintiff/Respondent,

v.

Keith McCRADY, Defendant/Appellant.

No. 68240.

Missouri Court of Appeals,
Eastern District,
Division One.

May 14, 1996.

Raymund J. Capelovitch, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

PER CURIAM.

A jury convicted defendant of unlawful use of a weapon. Section 571.030.1(4), RSMo 1994. The trial court sentenced him as a prior and persistent offender to ten years.

In his sole point on appeal, he alleges the trial court erred in overruling his *Batson* challenge to three jurors. He contends the State's explanations were pretextual.

No jurisprudential purpose would be served by a written opinion. Rule. 30.25(b). The trial court's judgment is affirmed.